**Christopher HINTZ, Appellant,**

v.

**JP MORGAN CHASE BANK, National Association; Bank of America; Washington Mutual Asset Acceptance Corp.; WAMU Mortgage Pass–Through Certificate Series 2007–OA3 Trust; Certificate Holders of WAMU Mortgage Pass–Through Certificate Series 2007–OA3, Appellees.**

No. 10–3672.

United States Court of Appeals, Eighth Circuit.

Submitted: June 3, 2011.

Filed: June 8, 2011.

Christopher Hintz, Minnetrista, MN, pro se.

Peter Joseph Schwingler, Bryant D. Tchida, Minneapolis, MN, for Appellees.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Christopher Hintz appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his action raising claims under the Truth in Lending Act, the Real Estate Settlement Procedures Act, and state law. Upon de novo review, we find no basis for reversal. *See Detroit Gen. Ret. Sys. v. Medtronic, Inc.*, 621 F.3d 800, 804–05 (8th Cir.2010) (standard of re-

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

view). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.